IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–02258–REB–KMT

SHANE JOHNSON,

     Plaintiff,

v.

CARIE SWIBAS, individual and official capacity as dietician,
JO ANN BURT, individual and official capacity as dietician,
CHARLEEN CROCKETT, individual and official capacity as Food Service Administrator,
KATHLEEN BOYD, individual and official capacity as nurse, and
PEGGY EWERS, individual and official capacity as nurse,

     Defendants.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Motion to Request Service" (Doc. No. 6, filed Aug. 27, 2014) as well as the handwritten Summonses that Plaintiff filed with the court (Doc. No. 16, filed Nov. 5, 2014). Because Plaintiff has been granted leave to proceed *in forma pauperis* (*see* Doc. No. 4), he is not required to serve Defendants. Instead, Plaintiff is entitled to have the United States Marshals Service serve Defendants or, alternatively, obtain a waiver of service from Defendants, *see* 28 U.S.C. § 1915(d). Accordingly, Plaintiff's Motion to Request Service (Doc. No. 6) is DENIED and Plaintiff is advised that the Clerk of Court will not providing him with signed copies of the Summonses.

Dated: November 11, 2014