IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–02258–REB–KMT

SHANE JOHNSON,

    Plaintiff,

v.

CARIE SWIBAS, individual and official capacity as dietician,
JO ANN BURT, individual and official capacity as dietician,
CHARLEEN CROCKETT, individual and official capacity as Food Service Administrator,
KATHLEEN BOYD, individual and official capacity as nurse,
PEGGY EWERS, individual and official capacity as nurse, and
JULIE RUSSELL, individual and official capacity as ADA Inmate Coordinator,

    Defendants.

## MINUTE ORDER
### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's Motion to Begin Discovery (Doc. No. 35, filed June 11, 2015) is DENIED. The court declines to allow discovery in this case prior to holding a preliminary scheduling conference. A preliminary scheduling conference will be set, if appropriate, after a recommendation on Defendants' motions to dismiss (Doc. Nos. 25 & 26) is issued.

Dated: June 16, 2015